UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**HERBERT LAKE,**

    Plaintiff,

                                                                        Civil No.**04-74572**
                                                                    Hon. John Feikens

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **8/31/2005**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                                    **s/John Feikens**
Date:                                                             John Feikens
                                                             United States District Judge


Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on September 22, 2005, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager